■ JEANNE BULKIN, Respondent, v. DANIEL BULKIN, Appellant.— Order, entered September 8, 1966, confirming the report of the Referee herein and directing defendant to pay plaintiff's attorneys a counsel fee in the sum of $3,500, unanimously modified on the law, on the facts and in the exercise of discretion, to the extent of reducing the counsel fee awarded to $2,000, and otherwise affirmed, without costs or disbursements to either party. The counsel fee awarded by the court below is excessive and not warranted by the record. Concur — Stevens, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.

■ FLADELL, WINSTON, PENNETTE, INC., Appellant, v. HARRIS BREITNER ADVERTISING CORPORATION et al., Respondents.— Order entered September 7, 1966, denying plaintiff's motion for partial summary judgment unanimously affirmed, with $50 costs and disbursements to the respondents. We do not pass upon the question of authority. Concur — Stevens, J. P., Eager, Tilzer, Rabin and McGivern, JJ.